JAMES R. BOWLES, as Administrator, etc., Respondent, *v.* THE ROME, WATERTOWN AND OGDENSBURG RAILROAD COMPANY, Appellant.

(Submitted March 20, 1889; decided April 16, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made September 21, 1887, which affirmed a judgment in favor of plaintiff, entered upon a verdict and an order denying a motion for a new trial.

*Edmund B. Wynn* for appellant.

*A. Walker Otis* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

In the Matter of the Judicial Settlement of the Accounts of WILLIAM H. HOLLISTER et al., as Executors, etc.

(Argued March 20, 1889; decided April 16, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made the first Tuesday of February, 1888, which affirmed a decree of the surrogate of the county of Greene upon the final accounting of the executors of Osmer Hollister, deceased.

*John A. Griswold* for appellant.

*A. T. Clearwater* for respondent.

Agree to reverse judgment of General Term and decree of surrogate on opinion of PARKER, J., below, and case remitted to surrogate for further proceedings.

All concur, except ANDREWS, DANFORTH and GRAY, JJ., dissenting.

Judgment reversed.